**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES PROTIN, | Case No. 2:23-cv-1981-MRH |
| Plaintiff / Counter Claim Defendant, | CHIEF JUDGE MARK R. HORNAK |
| v. | |
| GREENMAN-PEDERSEN, Inc., | |
| Defendant / Counter Claimant. | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter Claim Defendant, James Protin, and Defendant/Counter Claimant Greenman-Pedersen, Inc., hereby stipulate to the dismissal of this case (including all claims and counterclaims) in its entirety with prejudice, with each party bearing its own fees, costs, and expenses.

Dated: January 15, 2025

STIPULATED BY:

**ECHARD MARQUETTE, P.C.**

*[signature]*

Trent Echard, Esq.
Pa. I.D. No. 206598
trent@trustemlaw.com

4773 William Flynn Highway
Allison Park, PA 15101
(412) 998-7000
(412) 274-0101 *facsimile*
*Counsel for James Protin,
Plaintiff/Counterclaim Defendant*

**James Protin,**
*Plaintiff/Counterclaim Defendant*

*[signature] James Protin*

| | |
|---|---|
| **JACKSON LEWIS, P.C.** | **Greenman-Pedersen, Inc.,** *Defendant, Counterclaim Plaintiff* |
| *[signature]* | By: *[signature]* |
| Andrew F. Maunz, Esq.<br>Pa. I.D. No. 329674<br>andrew.maunz@jacksonlewis.com | Name GREGORY P. JOHNSON<br>Title EVP / REGIONAL OFFICER |
| 1001 Liberty Avenue, Suite 1000<br>(412) 338-5144<br>(412) 232-3441 *facsimile*<br>*Counsel for Greenman-Pedersen, Inc.,*<br>*Defendant, Counterclaim Plaintiff* | |